WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anthony Marshall Spears, | ) | No. CV-00-1051-PHX-SMM |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) | |
| Dora B. Schriro, et al., | ) | **ORDER** |
| Respondents. | ) | |

Pending before the Court is Respondents' motion for leave to file non-electronic exhibit. (Dkt. 131.) Previously, this Court ordered that Respondents' file with the Court Trial Exhibit 95, a redacted tape interview of Petitioner that was admitted at trial.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' motion. (Dkt. 131.) Respondents are permitted to file a non-electronic exhibit, Trial Exhibit 95, with the Clerk of Court within ten days of this Order.

DATED this 2nd day of February, 2009.

Stephen M. McNamee
United States District Judge