**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Marshall Spears,<br><br>　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Respondents. | No. CV-00-01051-PHX-SMM<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

　　　　Pending before the Court is Petitioner Anthony Marshall Spears's unopposed motion for an extension of time in which to file his Motion for Substitute Briefing. (Doc. 188.) The Court previously stayed this case pending the Arizona Supreme Court's decision in *State v. Greene*, No. CR2 21-0082-PC, and directed Spears to file his substitute brief in light of *Shinn v. Ramirez*, 142 S. Ct. 1718 (2022), ten days after the stay is lifted. (Doc. 187.) The Arizona Supreme Court issued its decision in *Greene* on April 14, 2023. *State v. Greene*, --- P.3d ----, 2023 WL 2941510 (April 14, 2023). Spears then filed the pending motion, seeking to extend the deadline for filing his substitute brief to May 4, 2023.

　　　　Good cause appearing,

　　　　**IT IS ORDERED** lifting the stay entered February 9, 2023. (Doc. 187.)

///

///

///

**IT IS FURTHER ORDERED** granting the pending motion. (Doc. 188.) Spears shall file any Motion for Substitute Briefing no later than **May 4, 2023**.

Dated this 19th day of April, 2023.

_____
Honorable Stephen M. McNamee
Senior United States District Judge