WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Marshall Spears,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　　Respondents. | No. CV-00-01051-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Upon motion duly made and good cause appearing,

**IT IS HEREBY ORDERED granting** Respondents' unopposed Motion for Extension of Time to File Response to Supplemental Brief. (Doc. 196.) Respondents shall file their response to Petitioner's supplemental brief and stay request no later than **August 7, 2023**. Petitioner shall his reply no later than **August 21, 2023.**

Dated this 18th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge